IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAVAN MATTHEWS** | : | **Civil No. 1:15-cv-2129** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JERIN L. KENNEDY and** | : | |
| **CBA RESTORATION** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

AND NOW, this 6th day of December, 2016, **IT IS HEREBY**

**ORDERED** that the clerk of court shall enter judgment in favor of Plaintiff Javan

Matthews in the sum of $24,500.00 and attorney fees and costs in favor of Samuel

A. Dion, Esq. and Richard Bateman, Jr., Esq. in the amount of $3,143.38 all

against Defendants Jerin L. Kennedy and CBA Restoration. The clerk of court is

directed to close this file.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge